[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
SEPTEMBER 21, 2005
THOMAS K. KAHN
CLERK

_____

No. 04-14905
Non-Argument Calendar

_____

D. C. Docket No. 04-00003-CR-3-WLS-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DONALD KEITH LAWSON,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Georgia

_____

**(September 21, 2005)**

Before BIRCH, BARKETT and PRYOR, Circuit Judges.

PER CURIAM:

Thomas G. Ledford, appointed counsel for Donald Keith Lawson in this

direct criminal appeal, has moved to withdraw from further representation of appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Lawson's convictions and sentences are **AFFIRMED.**